68 So.2d 504

### Steve HUNTER v. STATE.

### 6 Div. 661.

Supreme Court of Alabama.

Nov. 5, 1953.

J. Edmund Odom, Birmingham, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

PER CURIAM.

On the authority of Beddow v. State,[1] 68 So.2d 503, the order and judgment of the lower court is hereby modified so that the defendant shall be admitted to bail in the sum of $5,000.

Modified and affirmed.

LIVINGSTON, C. J., and LAWSON, STAKELY and MERRILL, JJ., concur.

1. Post, p. 651.